# Exhibit B

 Subscribe here >

ABOUT US   INDUSTRIES   TLOxp®   CUSTOMER CENTER   CONTACT



The most powerful technology in the market for locating and researching connections between individuals, businesses and assets is now a part of the TransUnion portfolio of solutions.

Free 15 Day Trial.    Get Started Here >

### The power of TLOxp®

TLOxp® is a robust, single-source, custom, scalable investigative and risk management tool for due diligence, threat assessment, identity authentication, fraud prevention and detection, legislative compliance, and debt recovery
Learn More >

### What is TLOxp®

Comprised of public and proprietary records, TLOxp® is the most powerful technology in the market for locating and researching connections between individuals, businesses and assets You can access TLOxp's massive data repository through the intuitive, online interface and secure API connections
Learn More >

### TLO is now a part of TransUnion

The acquisition strengthens TransUnion's sophisticated technology, high-powered analytics and robust data solutions to help businesses make better decisions, faster
Learn More >

COLLECTIONS   ATTORNEYS and LAW FIRMS   LICENSED INVESTIGATORS   FINANCIAL SERVICES   INSURANCECORP   ORATE / RISK FRAUD   INVESTIGATIVE REPORTERS   LAW ENFORCEMENT   GOVERNMENT



**Investigative Reporters**
Verify identity, find witnesses and conduct deep background research

**Law Enforcement**
Get the critical information you need to solve cases faster.

**Government**
Authenticate identity, prevent fraud and protect the interests of our citizens

**Collections**
Increase right party contact, customize your skip tool, and shorten the collection cycle

Powerful data at your fingertips.

Who uses TLOxp®
- Collections

Batch and API Solutions
Batch Processing:

Get to know TLOxp®
- About Us

TLOxp® provides accurate, actionable information that can be used for identity authentication, internal and external fraud prevention and detection, legislative compliance, and debt recovery.
Read More >

- Attorneys and Law Firms
- Licensed Investigators
- Financial Services
- Insurance
- Corporate Risk Fraud and Security
- Investigative Reporters
- Law Enforcement
- Government
- Repossession Industry

- Increase productivity and efficiency
- Flag, scrub, and manage large volumes of data
- Reduce manual searches
- Receive completed files in unsurpassed return time

API Connections:
You can easily and securely call TLOxp data into your current software system. Ask us how.

- News
- Searches and Reports
- Pricing
- Customer Testimonials
- Training
- Customer Support
- Contact

CUSTOMER SUPPORT | CONTACT | SUBSCRIBE | PRIVACY | TERMS & CONDITIONS